*WHEN RECORDED MAIL TO:*

D.Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

NATIONWIDE JUDGMENT RECOVERY INC.

|  |  |
|---|---|
| **PLAINTIFF(S),** | **CASE NUMBER:** |
| v. | CV 2:21-mc-00626 |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| **DEFENDANT(S).** | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on  April 14,2021
in favor of   NATIONWIDE JUDGMENT RECOVERY INC.
whose address is  8452 Katella Ave, Stanton CA 90680
and against  MARIA LUNA VILLARIN
whose last known address is   17402 MAPES AVE, CERRITOS  CA 90703
for $ 19,951.40 _____    Principal, $  1,700.96 _____    Interest,  $ 0 _____    Costs,
and $ 0.00 _____    Attorney Fees.

ATTESTED this ____4____ day of ___May___ ,20 21
Judgment debtor's driver's license no. and state;_____  (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number;   4760 _____  (last 4 digits) ☐ Unknown.

☒  No stay of enforcement ordered by Court
☐  Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

MARIA LUNA VILLARIN

17402 MAPES AVE

CERRITOS CA 90703

1149

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
CHRIS SAWYER

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*